Name: Eloy Mascorro
Address: 299 17th St San Diego, CA 92101
Telephone Phone: 213-551-9951
Email: emascorro8118@gmail.com

**FILED**
Aug 10 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ franciscoh  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Eloy Mascorro "Pro Se",

Plaintiff(s),

v.

The City of San Diego, Park Ranger John Doe, The San Diego Police Dept. Officers 1-4, The San Diego Fire Dept., E.M.T.s 1-3,

Defendant(s).

Case No.: **'21CV1427 MMA LL**
(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

   a.   Do you have other Civil Case(s) in this or any other federal court?

   ☐ Yes    ☒ No

   b.   If yes, please list the case numbers here:

II.  **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1. On 9/20/20 an unknown person in Balboa Park, who claimed to permit
2. The House Of Norway, told me to leave the bench I was sitting on
3. located directly outside the front door. The unknown man called the Park
4. Rangers on me. A Park Ranger told me to leave because he was told I
5. was blocking the front door. Although the Park Ranger could clearly see
6. I was not in violation of any laws or rules of Balboa Park, the Park
7. Ranger chose to make a false report to the police. The Park Ranger
8. stated that I was causing a distubance and taking pictures, as well as,
9. I had been trespassed before. Two San Diego Police Officers approach-
10. ed me and ordered me to leave the public area with no cause, and infri-
11. nging on my 1st amendment rights. The police officers chose to arrest
12. me for trespassing, I requested medical assistance. The San Diego
13. Fire Department arrived but refused to provide any medical assista-
14. nce, causing more pain and suffering along with mental anguish and
15. therefore violating my 14th amendment rights. The police officers
16. placed me in the police vehicle that was hot for an unreasonable amo-
17. unt of time, further exacerbating my physical and mental well-being.
18. After approximately 25 to 40 minutes the officers transported me to
19. the Police Headquarters and then to jail. After I was released from
20. jail, I went to the hospital, and was told I had a broken arm. The City
21. of San Diego is ultimately responsible for it's employees know-
22. ing the general Park rules, what is and is not prohibited from Park Permi-
23. ttees and when and where the law of trespassing applies. Furthermore
24. The City of San Diego is ultimately responsible for the lack of training,
25. disregard for policies, laws, filing of false reports and overall misc-
26. onduct of City employees which violated my 4th amendment rights and
27. any reasonable employees of the City under the circumstances should
28. have known that the conduct was wrongful.

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I am asking the Court to award me $100,000.00 for Compensatory damages and $100,000.00 punitive damages

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes    ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

8/4/21
Date

*/s/ signature*
Signature

Eloy Mascorro
Printed Name