UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY MASCORRO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO; PARK RANGER JOHN DOE; SAN DIEGO POLICE DEPARTMENT OFFICERS 1-4; THE SAN DIEGO FIRE DEPARTMENT; EMTS 1-3,<br><br>　　　　　　　　　Defendants. | Case No.: 21cv1427-LL-AGS<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR SERVICE OF PROCESS BY U.S. MARSHAL**<br><br>**[ECF No. 18]** |

　　　On March 9, 2021, Plaintiff, proceeding pro se and in forma pauperis ("IFP"), moved ex parte for (1) an order allowing him to serve process "by email through the CM/ECF account due to my extreme poverty," and (2) an order that service be made by the U.S. Marshal under 29 U.S.C. § 1915. ECF No. 18. This Court previously ordered Plaintiff to serve process on the City of San Diego, and to file proof of service, on or before April 8, 2022. ECF No. 17.

　　　Plaintiff lists the City of San Diego, Park Ranger John Doe, the San Diego Police Department ("SDPD") Officers 1–4, the San Diego Fire Department ("SDFD"), and EMTs 1–3 as defendants. Because none of the named defendants have appeared in the case (and

some appear to be improperly named), and because most of the listed defendants are unnamed, none of the listed defendants would receive notice through the CM/ECF system of any electronic filings, including Plaintiff's complaint or the summons.

However, because Plaintiff has been granted IFP status, he is entitled to have service of process effectuated by the U.S Marshal on his behalf. *See* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [IFP] cases."); Fed. R. Civ. P. 4(c)(2) (providing that "service be made by a United States marshal or deputy marshal or by a person specially appointed by the court . . . . if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915").

Accordingly, it is **ORDERED** that: (1) on or before **March 18, 2022**, Plaintiff shall complete the U.S. Marshal Form 285s, which is available online,[1] for the City of San Diego; (2) upon filing, the Clerk of Court shall forward a copy of the form and a certified copy the summons [ECF No. 9] and Complaint to the U.S. Marshal for this district; and (3) the U.S. Marshal shall, within thirty (30) days of receipt, serve the City of San Diego as directed by Plaintiff on the form, and shall promptly file proof of service thereafter. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED**.

Dated:  March 10, 2022

Honorable Linda Lopez
United States District Judge

---

[1] Form instructions are available at https://www.usmarshals.gov/process/usm285.htm. The form is available at https://www.usmarshals.gov/process/usm285.pdf.