UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY MASCORRO,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO; PARK RANGER JOHN DOE; SAN DIEGO POLICE DEPARTMENT OFFICERS 1-4; THE SAN DIEGO FIRE DEPARTMENT; EMTS 1-3,<br><br>                    Defendants. | Case No.: 21cv1427-LL-AGS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT BY EMAIL**<br><br>**[ECF No. 22]** |

On March 14, 2021, Plaintiff, proceeding pro se and in forma pauperis, moved the Court ex parte "to allow me to file a new complaint by email, or crated an alternative for me to enter the building . . . . so that I can file in person and enter without a Government ID." ECF No. 22. Plaintiff states that he was "informed by the Clerk's office that a new complaint can only be filed by mail or in person and so [I] can not use my current PACER account. *Id*. at 1. Here, however, Plaintiff does not seek to file a "new complaint." Rather, he seeks to file an amended complaint "to properly name each defendant." *See* ECF No. 21. Plaintiff has been granted permission to file documents and receive notifications using the Court's CM/ECF system without charge and in accordance with ECF Administrative

1  Policies and Procedures. ECF No. 8 at 6-7. It is not clear that Plaintiff is unable to file, or
2  will be unable to file, an amended complaint using the CM/ECF system. Accordingly,
3  Plaintiff's motion [ECF No. 22] is **DENIED without prejudice**.
4      **IT IS SO ORDERED**.
5  Dated:  March 21, 2022

_____
Honorable Linda Lopez
United States District Judge