UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY MASCORRO,<br><br>                            Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO; PARK RANGER JOHN DOE; SAN DIEGO POLICE DEPARTMENT OFFICERS 1-4; THE SAN DIEGO FIRE DEPARTMENT; EMTS 1-3,<br><br>                          Defendants. | Case No.: 21cv1427-LL-AGS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE TWO NEW COMPLAINTS BY EMAIL**<br><br>[ECF No. 26] |

On March 21, 2021, Plaintiff, proceeding pro se and in forma pauperis, filed an "Emergency Motion to File Two New Complaints by Email." ECF No. 26. Plaintiff states, "I am requesting, and have requested in past motions, to be allowed to file a new complaint by email due to not having a government ID to enter the Court and not having enough money to print and mail new complaints." Plaintiff explains that these two complaints are "new," and are not amendments to any of his currently pending complaints. Plaintiff has already been denied permission to access the court without any government identification. Additionally, within the last seven months Plaintiff has managed to file the complaint in

1 the instant case, as well as two other complaints (*see* 21cv1725 and 21cv2012), without
2 being granted the special access he seeks here. Finally, under 28 U.S.C. § 1915, a court is
3 not permitted to waive litigation expenses beyond the filing the fees imposed by the Court.
4 *See Hadsell v. Comm'r Internal Revenue Service*, 107 F.3d 750, 752 (9th Cir. 1997); *Dixon*
5 *v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993); *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir.
6 1989) (per curiam). Accordingly, Plaintiff's motion [ECF No. 26] is **DENIED**.

**IT IS SO ORDERED**.

Dated: March 23, 2022

_____
Honorable Linda Lopez
United States District Judge