1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOY MASCORRO,<br><br>                              Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO; DOES 1 – 6; HOUSE OF PACIFIC RELATIONS; HOUSE OF NORWAY,<br><br>                              Defendants. | Case No.:  21-cv-1427-RSH-DDL<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* MOTION TO APPOINT OFFICER OF THE COURT FOR A DEPOSITION**<br><br>**[Dkt. No. 166]** |

11
12
13
14
15
16
17

18    Before the Court is pro se Plaintiff Eloy Mascorro's ("Plaintiff") *Ex Parte* Motion
19  to Appoint Officer of the Court for a Deposition ("Motion").  Dkt. No. 166.  Specifically,
20  Plaintiff "requests that all costs of the court reporter be waived due to plaintiffs [sic] IFP
21  status." *Id*. at 2.  Furthermore, Plaintiff seeks "the appointment of a court officer to swear
22  in all persons participating in the deposition if the court denies the appointment/cost of the
23  court reporter." *Id*.

24    Although Plaintiff has been granted leave to proceed *in forma pauperis*, "plaintiff's
25  indigent status does not entitle him to a waiver of fees" to cover the cost of a deposition
26  officer or court reporter.  *Goodlow v. Camacho*, No. 20-cv-2038-AJB-AGS, 2021 WL
27  3516478, at *1 (S.D. Cal. Aug. 10, 2021), quoting *Owens v. Degazio*, No. 2: 16-cv-2750
28  JAM KJN P, 2019 WL 3253934, at *2 (E.D. Cal. July 19, 2019) ("Plaintiff's in forma

pauperis status also does not entitle him to a waiver of any of the costs associated with this form of deposition; instead, he must pay the necessary deposition officer fee, court reporter fee, and costs for a transcript."  As explained by the court in *Jackson v. Woodford*, No. CIV 05CV0513-L NLS, 2007 WL 2580566, at \*1 (S.D. Cal. Aug. 17, 2007), "'Expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress ....'  Pursuant to 28 U.S.C. § 1915(a), Plaintiff's *in forma pauperis* status entitles him to a waiver of the filing fee and free service of process by United States Marshals, however, it does not entitle him to waiver of witness fees, mileage or deposition officer fees." (citations omitted).

Plaintiff's IFP status does not entitle him to a waiver of fees for a court reporter or officer of the court, nor does it entitle Plaintiff to court-ordered appointment of a court reporter or officer of the court.  The Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  April 1, 2024

_____
Hon. David D. Leshner
United States Magistrate Judge