

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eloy Mascorro<br><br>V.<br><br>The City of San Diego; Park Ranger John Doe; The San Diego Police Dept.; The San Diego Fire Dept.; E.M.T.s 1-3; House of Pacific Relations; House of Norway; Maury Lee; Bradford Green; Travis Larson; Eduardo Rodriguez; DOES 1 And 2; Tyler Hamby; Sean Losee; Lorraine Tangog; Zadok Othienl; Roberto Bejar; Eugene King; Annelise Mogstad  **Plaintiff,**<br><br>**Defendant.** | **Civil Action No.** 21-cv-1427-RSH-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That for the foregoing reasons, Defendants' motion for summary judgment [ECF No. 218] is GRANTED. Judgment is in favor of the Officer Defendants. The Court further DISMISSES Does 1 and 2 from the case. Plaintiff's request for judicial notice [ECF No. 219] is GRANTED IN PART and DENIED IN PART as set forth above. Plaintiff's motion for reconsideration [ECF No. 221] is DENIED. The Case is hereby closed.

**Date:** 1/22/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Nyamanjiva

S. Nyamanjiva, Deputy